IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01262-NRN

DEREK MACIAS,

Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY; LIBERTY
MUTUAL INSURANCE COMPANY; GEICO
CASUALTY COMPANY and MOHAMED GASHOTA,

Defendants.
_____

MINUTE ORDER
_____

Entered by Magistrate Judge Reid N. Neureiter

     It is hereby ORDERED that the Motion for Withdrawal of John F. Hilkin (Docket No. 23) is GRANTED. John F. Wilkin shall be permitted to withdraw as counsel for Defendant Liberty Mutual Insurance Company. The Clerk of the Court is directed to remove John F. Wilkin from electronic notification in this matter.

Date: June 21, 2019